

**FILED**
JAN 24 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES L. LEPARSKI | No. 18 CR 885<br><br>Violations: Title 21, United States Code, Sections 841(a)(1) and 846 and Title 18, United States Code, Section 924(c)<br><br>JUDGE DURKIN<br>MAGISTRATE JUDGE ROWLAND |

### COUNT ONE

The SPECIAL DECEMBER 2017 GRAND JURY charges:

On or about December 21, 2018, at Palos Heights, in the Northern District of Illinois, Eastern Division,

JAMES L. LEPARSKI,

defendant herein, did knowingly and intentionally possess a controlled substance, namely, five grams or more of methamphetamine (actual), a Schedule II Controlled Substance, with intent to distribute;

In violation of Title 21, United States Code, Section 841(a)(1).

1

## COUNT TWO

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

On or about December 21, 2018, at Palos Heights, in the Northern District of Illinois, Eastern Division,

JAMES L. LEPARSKI,

defendant herein, did knowingly possess a firearm, namely, a loaded Ruger LCP .380 Auto Pistol bearing serial number 371763568, in furtherance of a drug trafficking crime for which defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

On or about December 21, 2018, at Palos Heights, in the Northern District of Illinois, Eastern Division,

JAMES L. LEPARSKI,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, five grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT FOUR**

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

On or about December 26, 2018, at Palos Heights, in the Northern District of Illinois, Eastern Division,

JAMES L. LEPARSKI,

defendant herein, did attempt to knowingly and intentionally possess with intent to distribute a controlled substance, namely, fifty grams or more of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## **FORFEITURE ALLEGATION ONE**

The SPECIAL DECEMBER 2017 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 924(c), as set forth in this Indictment, LEPARSKI shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Ruger LCP .380 Auto Pistol bearing serial number 371763568, and associated ammunition.

## **FORFEITURE ALLEGATION TWO**

The SPECIAL DECEMBER 2017 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Section 841(a), as set forth in this Indictment, LEPARSKI shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, as provided in Title 21, United States Code, Section 853(a) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, approximately $40,733.73 seized by law enforcement from the CNB Bank & Trust, N.A. personal banking account ending in 5750 held in the name of James L. Leparski, pursuant to a seizure warrant issued on December 26, 2018.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY